[No. 26622-9-II. Division Two. February 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL EVELL LEGGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02959-6, Thomas P. Larkin, J., entered October 6, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[Nos. 26689-0-II; 26877–9–II. Division Two. February 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL ANTHONY PERNELL, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 00-1-03760-2, Stephanie A. Arend and Nile E. Aubrey, JJ., entered October 27 and November 3, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 27142-7-II. Division Two. February 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03017-9, Vicki L. Hogan, J., entered March 2, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 44743-2-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH R. SHARPE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02380-0, Gerald L. Knight, J., entered May 6, 1999. *Remanded* by unpublished per curiam opinion.